```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA                   :
              - v. -                       :    ORDER
TOMAS ALBERTO CLARKE BETHANCOURT,          :    13 Cr. 670 (PGG)
                    Defendant.             :
- - - - - - - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/15

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 29, 2013;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court, with the Magistrate Judge's recommendation that the plea be accepted; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       Sept. 8, 2015

_____
PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE