

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York   10007*

September 11, 2015

BY ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
New York, New York 10007

                    **Re:** *United States* **v.** *Thomas Alberto Clarke Bethancourt*
                             13 Cr. 670 (PGG)

Dear Judge Gardephe:

      The Government respectfully writes with regard to the sentencing control date for this matter, which is presently September 10, 2015.

      The parties respectfully request that the Court proceed to sentencing at this time and direct that a presentence investigation commence.  We understand that December 8, 2015, at 2:30 p.m., would be convenient to the Court for sentencing.

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney

                                  /s/ Harry A. Chernoff
      By:      _____
                                  Harry A. Chernoff/Jason H. Cowley
                                  Assistant U.S. Attorneys
                                  Tel.: (212) 637-2481/2479

                                  Kevin Gingras
                                  Trial Attorney, U.S. Department of Justice

cc (via email): Henry P. Bell, Esq.
.                        Counsel for the Defendant